In the Matter of the Application of GEORGE C. BEWLEY for an Order of Mandamus against CITY OF LOCKPORT and Others.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARION E. CROUCH and Another, Respondents, v. STATE OF NEW YORK, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

POSTAL-TELEGRAPH-CABLE COMPANY, Respondent, v. DEPEW AND LANCASTER. LIGHT, POWER AND CONDUIT COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ. [129 Misc. 591.]

MARGARET McCUNE, Appellant, v. CHARLES CONNOR and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

NATHAN P. TAFT, Respondent, v. ROBERT W. MORRIS, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

IRENE GAYLORD, Respondent, v. JENNIE GAYLORD, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

MATILDA E. GRUBB, Respondent, v. WILLIAM H. CRAIG, as Administrator, etc., of CHARLOTTE A. GILCHRIST, Deceased, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CUTLER DESK COMPANY, Respondent, v. AMERICAN CREDIT INDEMNITY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Proof and Probate of the Will of GRACE MUNGER, Deceased.— Decree affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

EDITH HEWITT, an Infant, by ELMER HEWITT, Her Guardian ad Litem, Respondent, v. LEMAN GAYLORD, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

IRENE M. PLUMADORE, Respondent, v. KRAUSMANN'S, INCORPORATED, and Another, Appellants.— Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event, upon the ground that the charge of the court to the effect that there was an arrest of the plaintiff in the Ross store was erroneous, because a question of fact was involved which should have been submitted to the jury. All concur, Taylor, J., on the further ground that it was for the jury to say whether or not the arrest was illegal, except Sawyer, J., who dissents and votes for affirmance. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.